IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03345-RM -KLM

EUGENE H. MATHISON,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
CHRISTOPHER WILSON, D.O.,
RONALD CAMACHO, P.A., M.L.P.,
MARK KELLAR, R.N., HEALTH SERVICES ADMIN.,
D. ALLRED, D.O., CLINICAL DIRECTOR,
GEORGE SANTINI, M.D., and
FIVE JOHN/JANE DOES,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Serve Defendant Christopher Wilson, D.O., at New Address** [#21][1] (the "Motion"). In the Motion Plaintiff asks the Court to order the United States Marshal's Service to serve Defendant Wilson at an address Plaintiff provides in the Motion. *Motion* [#21] at 1. However, on March 4, 2015, a Process Receipt and Return [#24] was filed on the docket indicating that Defendant Wilson was served by the United States Marshal's Service on January 25, 2015. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#21] is **DENIED as moot**[2].

    Dated: March 5, 2015

---

[1] "[#21]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

[2] The Court may rule on a pending motion at any time. D.C.COLO.LCivR 7.1(d).