IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03345-RM-KLM

EUGENE H. MATHISON,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
CHRISTOPHER WILSON, D.O.,
RONALD CAMACHO, P.A., M.L.P.,
MARK KELLAR, R.N., HEALTH SERVICES ADMIN.,
D. ALLRED, D.O., CLINICAL DIRECTOR,
GEORGE SANTINI, M.D., and
FIVE JOHN/JANE DOES,

    Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Serve Defendant Mark A. Kellar [at] New Address** [#27][1] (the "Motion"). In the Motion Plaintiff asks the Court to order the United States Marshal's Service to serve Defendant Kellar at an address Plaintiff provides in the Motion. *Motion* [#27] at 1. The Court notes that on March 4, 2015 a Process Receipt and Return [#23] was filed on the docket indicating that Defendant Kellar could not be served by the United States Marshal's Service because Defendant Kallar "no longer resides at that address—whereabouts unknown." *Process Receipt and Return* [#23] at 1. Further, the Court granted Plaintiff leave to proceed pursuant to 28 U.S.C. § 1915. *See generally Order Granting Plaintiff Leave to Proceed Pursuant to 28 U.S.C. § 1915* [#7]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#23] is **GRANTED**[2].

---

    [1] "[#27]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

    [2] The Court may rule on a pending motion at any time. D.C.COLO.LCivR 7.1(d).

   IT IS FURTHER **ORDERED** that, **on or before April 10, 2015**, the United States Marshal's Service shall attempt to serve the Summons and Complaint on Defendant Kellar at 2000 West 92nd Street, Denver, Colorado, 80260.

   Dated:  March 16, 2015