IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03345-RM-KLM

EUGENE H. MATHISON,

   Plaintiff,

v.

UNITED STATES OF AMERICA,
CHRISTOPHER WILSON, D.O.,
RONALD CAMACHO, P.A., M.L.P.,
MARK KELLAR, R.N., HEALTH SERVICES ADMIN.,
D. ALLRED, D.O., CLINICAL DIRECTOR,
GEORGE SANTINI, M.D., and
FIVE JOHN/JANE DOES,

   Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Plaintiff's Certificate of Review** [#18][1] (the "Motion").

   IT IS HEREBY **ORDERED** that the Motion [#18] is **GRANTED**. Accordingly,

   IT IS FURTHER **ORDERED** that, as of the date of this Minute Order, the Clerk of the Court shall accept for filing the Amended Certificate of Review filed by Plaintiff, [#18] at 3-4.

   Dated: March 31, 2015

---

[1] "[#18]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.