IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03345-RM-KLM

EUGENE H. MATHISON,

      Plaintiff,

v.

UNITED STATES OF AMERICA,
CHRISTOPHER WILSON, D.O.,
RONALD CAMACHO, P.A., M.L.P.,
MARK KELLAR, R.N., HEALTH SERVICES ADMIN.,
D. ALLRED, D.O., CLINICAL DIRECTOR,
GEORGE SANTINI, M.D., and
FIVE JOHN/JANE DOES,

      Defendants.

_____

# MINUTE ORDER
_____

## ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on the **United States' Motion to Dismiss for Failure to File a Certificate of Review** [#11][1] (the "Motion to Dismiss") and Plaintiff's **Motion for Leave to File a Surreply** [#29] (the "Surreply Motion"). On March 31, 2015, the Court granted Plaintiff's Unopposed Motion to Amend Plaintiff's Certificate of Review and accepted Plaintiff's Amended Certificate of Review for filing. *See Minute Order* [#39] at 1. As a result, the Motion to Dismiss, which is based on Plaintiff's failure to file a certificate of review pursuant to Colo. Rev. Stat. § 13-20-602(3)(a)(II), is moot. Similarly, Plaintiff's Surreply Motion is moot because it seeks permission to file a surreply in opposition to the Motion to Dismiss. Accordingly,

IT IS HEREBY **ORDERED** that the Motion to Dismiss [#11] and the Surreply Motion [#29] are **DENIED as moot**.

Dated: April 10, 2015

_____

[1] "[#11]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.