IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03345-RM-KLM

EUGENE H. MATHISON,

    Plaintiff,

v.

CHRISTOPHER WILSON, D.O.,
RONALD CAMACHO, P.A., M.L.P.,
MARK KELLAR, R.N., HEALTH SERVICES ADMIN.,
D. ALLRED, D.O., CLINICAL DIRECTOR,
GEORGE SANTINI, M.D., and
FIVE JOHN/JANE DOES,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Strike Revised Scheduling Order (Doc. 84)** [#85] ("Motion to Strike") and Plaintiff's **Motion to Confirm Plaintiff's Agreement that the Court Accept Deadlines Set in Pestal's Strike Motion (Docs. 84 and 85)** [#87] ("Plaintiff's Motion"). Defendants request that the Court strike a scheduling order filed by Plaintiff, *see Proposed Scheduling Order* [#84] which Defendants claim Plaintiff filed without their consent. Defendants state that while they agree the Scheduling Order [#57] should be amended, they propose modifications rather than a new scheduling order altogether. Defendants further request that the Court vacate the Final Pretrial Conference set for May 18, 2016 and reset it to a date after the proposed dispositive motion deadline. Plaintiff's Motion consents to the requested relief in Defendants' Motion to Strike, and asks the Court to modify the Scheduling Order [#57] as set forth in Defendants' Motion. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion to Strike [#85] is **GRANTED**. Plaintiff's Proposed Scheduling Order [#84] is hereby **STRICKEN**.

    IT IS FURTHER **ORDERED** that the Scheduling Order [#57] is amended to reflect the following deadlines:

- Affirmative Expert Disclosure Deadline	**May 6, 2016**
- Rebuttal Expert Disclosure Deadline	**June 10, 2016**
- Discovery Deadline	**August 31, 2016**
- Dispositive Motions Deadline	**September 30, 2016**

IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for May 18, 2016 at 9:30 a.m. is **VACATED** and **RESET** to **October 4, 2016 at 10:30 a.m.**

IT IS FURTHER **ORDERED** that Plaintiff's Motion [#87] is **DENIED as moot**.

Dated: April 26, 2016